UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW JEROME HARRELL,

    Petitioner,

v.                      CASE NO. 6:12-cv-237-Orl-19KRS

STATE OF FLORIDA,

    Respondent.

### ORDER

In response to this Court's Order to Show Cause why the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 should not be dismissed as moot, Petitioner has filed a Motion to Dismiss (Doc. No. 19) his pending habeas petition. Petitioner affirms that he has been convicted in the state court and notes he intends to seek habeas relief pursuant to 28 U.S.C. § 2254 after he has exhausted his state remedies. Accordingly, it is hereby **ORDERED**:

    1.    Petitioner's Motion to Dismiss (Doc. No. 19) is **GRANTED**. The instant petition is dismissed without prejudice.

    2.    The Clerk of Court is directed to enter judgment and close this case.

    **DONE AND ORDERED** in Orlando, Florida, this __12th__ day of December, 2012.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-1 12/12
Andrew Jerome Harrell
Counsel of Record